IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JARA NEAL WILLIS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT A. BEHAR, Individually, and NORTH CYPRESS MEDICAL CENTER OPERATING COMPANY GP, L.L.C.,<br><br>Defendants. | § § § § § § § § § § § § § | Civil Action No. 4:13-CV-03375 |

## ORDER

Pending before this Court is Defendant's motion to dismiss Plaintiff's Second Amended Collective/Class Action Complaint. (Instrument No. 78).

**IT IS HEREBY ORDERED THAT** the Defendant's motion to dismiss is **DENIED.**

The Clerk shall enter this Order and provide a true copy to all parties.

SIGNED on this the ____ day of December, 2014, at Houston, Texas.

VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE