United States District Court
Southern District of Texas
**ENTERED**
December 14, 2015
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JARA NEAL WILLIS, Individually and on Behalf of All Others Similarly Situated, | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 4:13-cv-03375 |
| v. | § § | |
| ROBERT A. BEHAR, Individually, and NORTH CYPRESS MEDICAL CENTER OPERATING COMPANY GP, L.L.C. | § § § § | JURY TRIAL DEMANDED |
| Defendant. | § | |

### ORDER DENYING DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S AMENDED EXPERT REPORT AND *DAUBERT* CHALLENGE

On this day came to be considered Defendants' Motion to Strike Plaintiff's Amended Expert Report and *Daubert* Challenge (the "Motion"). Having considered the Motion, all responsive documents, and arguments of counsel, the Court **DENIES** the Motion in its entirety.

SO ORDERED.

SIGNED Dec. 11, 2015.

THE HONORABLE VANESSA GILMORE
UNITED STATES DISTRICT COURT JUDGE